## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Dianne Wright, et al<br>　　　　Plaintiff(s),<br><br>vs.<br><br>Wal-Mart Stores East, LP,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:18-cv-1006-CC |

## J U D G M E N T

This action having come before the court, Honorable Clarence Cooper, United States District Judge, for consideration of defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 11th day of January, 2021.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　By:   s/J. Acker_____
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 11, 2021
James N. Hatten
Clerk of Court

By:___s/J. Acker_____
　　　　Deputy Clerk